IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DISTINGUISHED DEVELOPMENT, LLC,

    Plaintiff,

v.                                Case No. 1:19-cv-00848-KWR-JHR

EVANSTON INSURANCE
COMPANY,

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the Motion of the Plaintiff, Distinguished Development, LLC (Doc. 37), all parties having concurred, and the Court being fully advised in the premises,

**HEREBY FINDS** that the Court has jurisdiction over the parties and the subject matter herein and that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**APPROVED:**

*Email Approval Received on 12/14/21*
Derek Fadner
James M. McClenny
McClenny Moseley & Associates, PLLC
516 Heights Blvd.
Houston TX 77007
*Attorney for Plaintiff*

And

Jonathan L.R. Baeza
Martinez & Martinez Law Firm, PLLC
730 E. Yandell Dr.
El Paso, Tx 79902

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, New Mexico 87125
Telephone: (505) 842-1950
tschwarz@mstlaw.com
*Attorneys for Defendant*